**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMIE HENSLEY, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-6098 |
| | : | |
| BUCKS COUNTY CORRECTIONAL | : | |
| FACILITY, et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this _11th___ day of ___August____, 2016, it is **ORDERED** that:

- Motion of Defendant the County of Bucks to Dismiss the Amended Complaint (ECF No. 19) is **GRANTED in part** and **DENIED in part**: The motion to dismiss is **GRANTED** as to Counts 1, 3, 4, 5, and 6.[1] The motion to dismiss is **DENIED** as to Count 2 (the *Monell* claim).[2]

- Motion of Defendant Corrections Officer Arlene Barats to Dismiss the Amended Complaint (ECF No. 6) is **GRANTED**.

- Motion of Defendant Frank Bochenek to Dismiss the Amended Complaint (ECF No. 7) is **GRANTED**.

- Motion of Defendant Lillian Budd to Dismiss the Amended Complaint (ECF No. 8) is **GRANTED**.

- Motion of Defendant Corrections Officer Tienne Davis to Dismiss the Amended Complaint (ECF No. 9) is **GRANTED**.

- Motion of Defendant Corrections Officer Jamie DiPasquo to Dismiss the Amended Complaint (ECF No. 10) is **GRANTED**.

- Motion of Defendant Corrections Officer Jacquelyn Gill to Dismiss the Amended Complaint (ECF No. 11) is **GRANTED**.

---

[1] Technically, Hensley voluntarily dismisses Count 6 (the conspiracy claim) against Bucks County Correctional Facility, a/k/a Bucks County ("BCCF").

[2] Hensley voluntarily withdraws his claim for punitive damages against BCCF.

- Motion of Defendant Captain Gregory S. Landis to Dismiss the Amended Complaint (ECF No. 12) is **GRANTED**.

- Motion of Defendant William F. Plantier to Dismiss the Amended Complaint (ECF No. 13) is **GRANTED**.

- Motion of Defendant Corrections Officer Joy Pomales to Dismiss the Amended Complaint (ECF No. 14) is **GRANTED**.

- Motion of Defendant Corrections Officer Kimberly Roldan-Santiago to Dismiss the Amended Complaint (ECF No. 15) is **GRANTED**.

- Motion of Defendant Sergeant Gregory Vingless to Dismiss the Amended Complaint (ECF No. 16) is **GRANTED**.

- Motion of Defendant Corrections Officer Christine Willis to Dismiss the Amended Complaint (ECF No. 17) is **GRANTED**.

- Motion of Defendant Terrance P. Moore to Dismiss the Amended Complaint (ECF No. 18) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: